OFFICE OF DISCIPLINARY COUNSEL *v.* MELAMED.

[Cite as *Disciplinary Counsel v. Melamed* (1991), 62 Ohio St.3d 187.]

(No. 91-860—Submitted September 11, 1991—Decided December 11, 1991.)

188

*J. Warren Bettis*, Disciplinary Counsel, and *Harald F. Craig III*, for relator.

*Alan L. Melamed*, for respondent.

---

*Per Curiam.* We concur in the findings and recommendation of the board. Therefore, we order that Bruce Alan Melamed be permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.